UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'BRIEN<br><br>    Plaintiff,<br><br> v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-02623-JST   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 30, 2015<br>Mediator:  Gary Weiner |

IT IS HEREBY ORDERED that the request to excuse defendant Caliber Home Loans, Inc.'s representative from appearing in person at the November 30, 2015, mediation before Gary Weiner is GRANTED.  The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

  **IT IS SO ORDERED**.

Dated: November 23, 2015

_____
Maria-Elena James
United States Magistrate Judge