UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT O'BRIEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-02623-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 30 |
|---|---|

    The parties filed a Notice of Settlement on February 3, 2016, stating that they have settled this action. ECF No. 30. Accordingly, all deadlines and hearings in this case are vacated. By March 17, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

    The Court also sets a case management conference on April 13, 2016 at 2:00 P.M., which will be automatically vacated if the stipulation of dismissal is timely filed.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    IT IS SO ORDERED.

Dated: February 8, 2016

                                        JON S. TIGAR
                                    United States District Judge