United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'BRIEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>  Defendants. | Case No. 15-cv-02623-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE AMENDED COMPLAINT**<br><br>Re: ECF No. 35 |

On January 27, 2016, the Court granted Defendants' motion to dismiss the complaint. ECF No. 29. Given that the parties have failed to file a stipulation of dismissal, see ECF No. 31, the Court orders that the deadline for Plaintiff to file an amended complaint will be June 17, 2016.

The Court continues the Case Management Conference presently scheduled for June 15, 2016 until August 17, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 18, 2016

_____
JON S. TIGAR
United States District Judge