UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'BRIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02623-JST<br><br>**ORDER REGARDING EX PARTE APPLICATION TO BE RELIEVED AS COUNSEL**<br><br>Re: ECF No. 37 |

　　　　On May 25, 2016, Plaintiff's counsel filed an ex parte application to be relieved as counsel. ECF No. 37. The Court will advance the Case Management Conference, presently scheduled for August 17, 2016, to June 22, 2016 at 2:00 p.m. Counsel for both parties are ordered to appear in person at the conference. Plaintiff is also ordered to appear in person. Plaintiff's counsel shall serve a copy of this order on Plaintiff and file a proof of service. The Court will schedule further proceedings at the Case Management Conference.

　　　　IT IS SO ORDERED.

Dated: June 1, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge