1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O'BRIEN, | Case No. 3:15-cv-02623-JST |
| Plaintiff, | **[PROPOSED] ORDER REGARDING JOINT STIPULATED BRIEFING SCHEDULE** |
| v. | |
| CALIBER HOME LOANS, INC., AND QUALITY LOAN SERVICE CORP., | |
| Defendants. | |

131667003.1                                                                ORDER

# ~~[PROPOSED]~~ ORDER

Pursuant to the joint stipulation of plaintiff ROBERT O'BRIEN ("Plaintiff") and defendant CALIBER HOME LOANS, INC. ("Defendant"), and good cause having been shown, the Court rules as follows:

1. Plaintiff shall have until July 8, 2016 to file a First Amended Complaint.
2. The last day to add new parties and amend the pleadings will be September 30, 2016.
3. The fact discovery cutoff date shall be February 28, 2017.
4. The last day to file any dispositive motion, including a motion for summary judgment and/or adjudication shall be March 30, 2017.
5. A pre-trial conference will be heard on June 16, 2017.
6. The trial shall commence on July 10, 2017 for 8 days.

IT IS SO ORDERED.

Dated: June 27, 2016        By: _____



1131667003.1                                -1-                                ORDER