UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT O'BRIEN,

    Plaintiff,

v.

CALIBER HOME LOANS, INC., et al.,

    Defendants.

Case No. 15-cv-02623-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 50

    On July 29, 2016, Plaintiff filed a Request for Dismissal with Prejudice. ECF No. 50. Because the request was filed before "the opposing party serve[d] either an answer or a motion for summary judgment," it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    This case has been dismissed with prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: August 1, 2016

_____
JON S. TIGAR
United States District Judge